### Dorothy H. ROSENBERG

v.

### Wilbert S. ROSENBERG.

### No. 81–410–Appeal.

Supreme Court of Rhode Island.

March 18, 1983.

Lovett, Linder, Morgera, Schefrin & Gallogly, Paul V. Gallogly, Providence, for petitioner.

Michael E. Civittolo, Providence, for respondent.

Wilbert S. Rosenberg, pro se.

### ORDER

This matter was argued before a three-judge panel of the court pursuant to an order issued directing the petitioner to show cause why her appeal should not be dismissed.

After reviewing memoranda thereon and hearing arguments of counsel, it is the conclusion of the court that no cause has been

shown and the petitioner's appeal is therefore denied and dismissed.

Murray and Shea, JJ., did not participate.